# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3019**                                  **September Term, 2025**

**1:21-cr-00666-TNM-1**

**Filed On:** July 14, 2026

United States of America,

        Appellee

    v.

David Floyd,

        Appellant

**BEFORE:**    Wilkins, Katsas, and Rao, Circuit Judges

### O R D E R

It is **ORDERED**, on the court's own motion, that the parties show cause, by July 24, 2026, why this judgment in this case, issued under seal on July 14, 2026, should not be unsealed. In the event the parties conclude that any portion of the opinion should remain under seal, the parties are directed to meet and confer and thereafter identify the proposed redactions and provide an explanation for each proposed redaction. The parties are strongly encouraged to submit a joint response. The response(s), which may be filed under seal, if necessary, may not exceed 2,600 words.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:   /s/
                    Daniel J. Reidy
                    Deputy Clerk